UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WU, | No. 2:24-cv-2707 DAD AC |
| Plaintiff, | |
| v. | ORDER |
| TWIN RIVERS UNITED EDUCATORS and CALIFORNIA TEACHERS ASSOCIATION, | |
| Defendants. | |

    The court is in receipt of plaintiff's request to participate in electronic filing pursuant to Local Rule 133. ECF No. 6. The court has reviewed the filing and DENIES the motion in part because it lacks the necessary information required by the Local Rule. Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing. L.R. 133(a), (b)(2).

    Although the motion is denied with respect to utilizing the CM/ECF system to file documents and plaintiff must continue to file paper documents with the Court through conventional means, the motion is GRANTED with respect to electronic service of documents. The Clerk is DIRECTED to configure plaintiff's account so that plaintiff will receive immediate email notifications when documents are filed in the case. Plaintiff consents to receive service of

1  documents electronically and waives the right to receive service by first class mail pursuant to
2  FRCP 5(b)(2)(D).
3      The court is also in receipt of plaintiff's motions for an extension of time to file an
4  amended complaint. ECF Nos. 7 and 8. The motions are GRANTED *nunc pro tunc*, and
5  plaintiff's deadline to file an amended complaint is extended through August 31, 2025.
6      IT IS SO ORDERED.
7  DATED: July 14, 2025

                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE