UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBECCA WU,

Plaintiff,

v.

TWIN RIVERS UNITED EDUCATORS and CALIFORNIA TEACHERS ASSOCATION,

Defendants.

No. 2:24-cv-2707 DAD AC PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. No. 17)

Plaintiff initiated this civil action by filing a complaint on October 1, 2024, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On November 13, 2026, the assigned magistrate judge screened plaintiff's first amended complaint and determined it to be deficient because it remains, as was the case with plaintiff's original complaint, a forbidden *de facto* appeal of a state court judicial decision barred by the *Rooker-Feldman* doctrine. (Doc. No. 17.) In addition, the magistrate judge found that the granting of leave to amend would be futile in light of the fact that plaintiff had been granted leave to amend following the dismissal of her original complaint and failed to cure the noted

/////

deficiencies in her first amended complaint. (*Id.* at 5–6.) Accordingly, the magistrate judge recommended that plaintiff's complaint be dismissed without further leave to amend. (*Id.* at 6.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty–one (21) days of service. (*Id.* at 7.) After obtaining extensions of time in which to do so, on May 29, 2026, plaintiff filed objections to the findings and recommendations. (Doc. No. 25.) In those lengthy objections plaintiff argues, in essence, that in this action she alleges the existence of a conspiracy that was not the subject of her state court litigation and that she should be granted further leave to amend her complaint. The undersigned is not persuaded by either argument and concludes that plaintiff has provided no basis upon which the pending findings and recommendations should be rejected.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued November 13, 2025 (Doc. No. 17), are adopted in full;
2. Plaintiff's first amended complaint (Doc. No. 16), is DISMISSED without further leave to amend; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE